1  | SULLIVAN, HILL, LEWIN, REZ & ENGEL
   | A Professional Law Corporation
2  | Jeffrey D. Lewin, SBN 68202
   | Cynthia A. Fissel, SBN 164153
3  | 550 West "C" Street, Suite 1500
   | San Diego, California 92101
4  | Telephone: (619) 233-4100
   | Fax Number: (619) 231-4372
5  |
   | Attorneys for Defendant Survival Systems USA, Inc.
6  |

FILED

08 MAY 30 PM 12: 42

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CASSELL,<br><br>       Plaintiff,<br><br>v.<br><br>SURVIVAL SYSTEMS USA, INC., a<br>Connecticut Corporation and DOES 1 - 20,<br>Inclusive,<br><br>       Defendants. | Case No. '08 CV 964 H NLS<br><br>Complaint Filed:  May 15, 2008<br><br>**NOTICE OF REMOVAL OF<br>ACTION (DIVERSITY)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

    **PLEASE TAKE NOTICE** that defendant SURVIVAL SYSTEMS USA, INC. ("SSUSA"),

pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby files this Notice of Removal of *Scott Cassell*

*v. Survival Systems USA, Inc.*, Case No. 37-2008-00054392-CU-PO-NC, from the Superior Court of

the State of California for the County of San Diego to the United States District Court for the

Southern District of California.  The grounds for removal are as follows:

    1.    On May 15, 2008 an action was commenced in the Superior Court of the State of

California for the County of San Diego entitled *Scott Cassell v. Survival Systems USA, Inc.*, Case

No. 37-2008-00054392-CU-PO-NC.  A copy of the Complaint is attached hereto as Exhibit "A."  A

copy of all other process, pleadings and orders are attached hereto as Exhibit "B."

- 1 -

NOTICE OF REMOVAL OF ACTION

2.    In this civil action, Plaintiff Scott Cassell ("Cassell") sued Defendant SSUSA for damages for personal injuries allegedly suffered by Cassell during his employment with SSUSA.

3.    Defendant SSUSA has not yet been served with a copy of the Complaint.  SSUSA obtained a copy of the Complaint on May 28, 2008.

4.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by SSUSA pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.  It is apparent from the face of the Statement of Damages filed concurrently with the Complaint that Cassell seeks general and special damages in an amount in excess of $75,000.  More specifically, the Statement of Damages sets forth general damages of $1,000,000 and special damages of $850,000.  Moreover, based upon the facts alleged in the Complaint there is a reasonable probability that the amount in controversy satisfies the federal jurisdictional amount.

5.    Complete diversity of citizenship exists in that Plaintiff Cassell is a natural person who was at the time of the filing of this action, and still is, a citizen of the United States and of the State of California, and Defendant SSUSA is a corporation which was at the time of the filing of this action, and still is, incorporated under the laws of the State of Connecticut with its principal place of business in Connecticut.  SSUSA is the only defendant that has been named in this action.  The citizenship of defendants sued under fictitious names shall be disregarded for purposes of removal.  28 U.S.C. § 1441(a).  Accordingly, diversity of citizenship exists because the matter in controversy is between "citizens of a State and citizens or subjects of a foreign state."  28 U.S.C. § 1332(a)(2).

6.    This Notice of Removal is timely according to 28 U.S.C. § 1446(b).

7.    The Defendant SSUSA, in good faith, believes that the amount in controversy exceeds $75,000, exclusive of costs and interest, and complete diversity of citizenship exists.

8.    The United States District Court for the Southern District of California embraces the county in which the state court action is now pending.  Therefore, this action is properly removed to the Southern District of California pursuant to 28 U.S.C. § 84(d).

NOTICE OF REMOVAL OF ACTION

1      9.     Pursuant to 28 U.S.C. § 1446(d), Defendant is filing written notice of this removal to

2 all parties and will file a notice with the Clerk of the state court in which this action is currently

3 pending.

4      WHEREFORE, SSUSA respectfully removes this action from the Superior Court of the State

5 of California to the United States District Court for the Southern District of California pursuant to 28

6 U.S.C. §§ 1332, 1441 and 1446.

7 Dated:     May 30, 2008          SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                         A Professional Law Corporation

8

9                                          *Cynthia A. Fissel*

10                 By:                             
                                       Jeffrey D. Lewin

11                                        Cynthia A. Fissel
                                       Attorneys for Defendant
                                       SURVIVAL SYSTEMS USA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF ACTION

**EXHIBIT A**

**EXHIBIT A**

1  **STEVEN BRIAN DAVIS, ESQ.**, SBN 86163
   LAW OFFICES OF STEVEN BRIAN DAVIS
2  FOREMOST PROFESSIONAL PLAZA
   12396 World Trade Drive, Suite 115
3  San Diego, CA 92128

4

5  858-451-1004 Telephone
   858-451-1005 Facsimile
6  sbdesq@pacbell.net E-mail

   Attorney for Plaintiff,
7  **SCOTT CASSELL**

8
                  **SUPERIOR COURT OF THE STATE OF CALIFORNIA,**
9
                              **COUNTY OF SAN DIEGO,**
10
                             **NORTH COUNTY BRANCH**
11

12
   SCOTT CASSELL,                    )     Case No.:   37-2008-00054392-CU-PO-NC
13                                    )
              Plaintiff,             )     **COMPLAINT FOR DAMAGES**
14                                    )
         vs.                         )
15                                    )
                                     )
16  SURVIVAL SYSTEMS USA,            )
    INC., a Connecticut Corporation, )
17  and Does 1 - 20, Inclusive,      )
                                     )
18            Defendants.            )
                                     )
19  _____ )

20        Plaintiff, SCOTT CASSELL, hereby alleges as follows:

21  1.      Plaintiff is informed and believes and thereon alleges that defendant, SURVIVAL

22  SYSTEMS USA, INC., (hereinafter, "Survival Systems"), is, and at all times herein mentioned

23  was, a corporation duly organized and existing under the laws of the State of Connecticut, and

24  authorized to do business, and doing business, in the County of San Diego, State of California,

25  within the herein jurisdiction and venue.

26  2.      Plaintiff is ignorant of the true names and capacities of defendants DOES 1 through

27  10, inclusive, and therefore sues said persons or entities fictitiously. Plaintiff is informed and

28

---

1  believes and thereon alleges that DOES 1 - 10, inclusive, are responsible for the herein alleged

2  acts, occurrences and damages, and plaintiff will amend this complaint to allege said DOES'

3  true names and capacities when ascertained.

4  3.    Plaintiff is informed and believes and thereon alleges that at all times herein mentioned,

5  each defendant was the agent, servant, employee, venturer and/or co-conspirator of or with the

6  remaining defendants, and each was acting within the course and scope of said agency,

7  employment, venture, and/or conspiracy and therefore is liable to plaintiff for the herein alleged

8  acts and occurrences.

9  4.    At all times herein relevant, plaintiff was employed by defendant as an instructor of

10  marine crash survival, which services plaintiff performed for defendant at Camp Pendleton,

11  California, within the herein venue.

12  5.    Pursuant to California Labor Code Section 3700, and plaintiff's employment with

13  defendant, defendant was required to secure payment of workers' compensation benefits, which

14  obligation plaintiff is informed and believes and thereon alleges that defendant violated. Plaintiff

15  is bringing this action at law in accordance with California Labor Code Section 3706 on account

16  of defendants' failure to secure workers' compensation insurance as required by law.

17  6.    In accordance with California Labor Code Sections 6400 and 6401, defendant owed a

18  duty to its employees, which included plaintiff, without limitation, to furnish and use safety

19  devices and safeguards, to adopt and use practices, means, methods, operations, and processes

20  which are reasonably adequate to render such employment and place of employment safe and

21  healthful, and to do everything reasonably necessary to protect the life, safety, and health of its

22  employees, including plaintiff.

23  7.    At all times herein mentioned, defendants owned, managed, maintained, controlled,

24  operated and/or provided dive tanks, air compressors, dive equipment, storage lockers and sheds

25  for use by employees, including plaintiff, in performing their work onsite providing training to

26  Survival Systems' students at the Camp Pendleton Camp HORNO pool.

27

28

**COMPLAINT FOR DAMAGES**
2

8.     Defendants negligently kept and stored the herein above alleged equipment thereby creating a dangerous and unsafe condition in that, without limitation and by way of example, many twin diving tanks, weighing approximately 75 pounds each, and the Helicopter Aircrew Breathing Devices (HABD Bottles) used by Survival Systems, were heavy and were stored together in cramped quarters making it awkward and cumbersome to reach into, retrieve, lift, refill and place as required for their regular use in the survival training, and defendants failed to provide its employees, including plaintiff, sufficient or adequate training, protocol, processes, assistive devices or equipment respecting the storage, retrieval, handling and repetitive lifting of said equipment so as to avoid injury associated with such activities.

9.     On or about May 23, 2005, plaintiff was retrieving the aforesaid twin diving tanks and HABD Bottles from where they were stored onsite, in the course and scope of his employment with plaintiff at the Camp Pendleton Camp HORNO Pool, at which time and place, plaintiff then and there and as a proximate result of such lifting sustained great bodily injury in the form of, without limitation, a massively extruded L4/L5 disc, and complications in the nature and extent according to proof at trial.

10.     As a further proximate result of the acts of defendants, plaintiff has sustained, and will continue to sustain indefinitely, in an amount, nature and extent, according to proof at trial, without limitation, medical and related expense; loss of enjoyment of life; loss of income and earning capacity; and incidental out-of-pocket expenses.

11.     A copy of this Complaint will be given to the Uninsured Employers Fund by personal service or certified mail, and proof of such service will be filed herein.

     **WHEREFORE**, plaintiff prays judgment against defendants and each of them in the following particulars:

1. For past and future general damages in an amount according to proof at trial;

2. For past and future medical and related expenses in an amount according to proof at trial;

3. For past and future lost income and earning capacity in an amount according to proof at trial;

4. For incidental out-of-pocket expenses in an amount according to proof at trial;

1   5. For an award of prejudgment interest at the legal rate, in an amount according to proof at trial;

2   6. For attorneys' fees pursuant to California Labor Code Section 3709;

3   7. For costs of suit incurred herein by plaintiff; and

4   8. For such other and further relief as this Court deems just and proper.

5

6                                        Respectfully submitted,

7       Dated:  May 12, 2008

8

9

10      STEVEN BRIAN DAVIS, Attorney
        for Plaintiff, SCOTT CASSELL

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

**EXHIBIT B**

STEVEN BRIAN DAVIS, ESQ., SBN 86163
LAW OFFICES OF STEVEN BRIAN DAVIS
FOREMOST PROFESSIONAL PLAZA
12396 World Trade Drive, Suite 115
San Diego, CA 92128

858-451-1004 Telephone
858-451-1005 Facsimile
sbdesq@pacbell.net E-mail

Attorney for Plaintiff,
**SCOTT CASSELL**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA,

## COUNTY OF SAN DIEGO,

## NORTH COUNTY BRANCH

| | |
|---|---|
| SCOTT CASSELL, ) | Case No.: **37-2008-00054392-CU-PO-NC** |
| Plaintiff, ) | **STATEMENT OF DAMAGES** |
| vs. ) | |
| SURVIVAL SYSTEMS USA, ) | |
| INC., a Connecticut Corporation, ) | |
| and Does 1 - 20, Inclusive, ) | |
| Defendants. ) | |

Pursuant to Code of Civil Procedure Section 425.11, plaintiffs hereby make the following

statement:

1. Plaintiff's general damages of $1,000,000.00.

2. Plaintiff's special damages of $850,000.00

Dated: May 12, 2008

*[signature]*

STEVEN BRIAN DAVIS
Attorney for Plaintiff,
SCOTT CASSELL

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SURVIVAL SYSTEMS USA, INC., A CONNECTICUTT
CORPORATION, AND DOES 1 - 10, INCLUSIVE

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*



**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SCOTT CASSELL

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.   If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.   Una carta o una llamada telefónica no lo protegen.   Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.   Es posible que haya un formulario que usted pueda usar para su respuesta.   Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.   Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.   Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.   Es recomendable que llame a un abogado inmediatamente.   Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.   Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.   Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER 2008-00054392-CU-PO-NC *(Número del Caso):* |
|---|---|

SUPERIOR COURT OF THE STATE OF CALIFORNIA
325 MELROSE DRIVE
SAME
VISTA, CA  92081
NORTH COUNTY DIVISION

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
STEVEN BRIAN DAVIS, ESQ., SBN 86163          858-451-1004      858-451-1005
LAW OFFICES OF STEVEN BRIAN DAVIS
12396 WORLD TRADE DRIVE, SUITE 115
SAN DIEGO, CA 92128

| DATE: MAY 1 5 2008 | Clerk, by _[signature]_ | , Deputy |
|---|---|---|
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under:  ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Legal Solutions Plus | Code of Civil Procedure §§ 412.20, 465 |
|---|---|---|---|

[SEAL]

COUNTY OF SAN DIEGO
NORTH COUNTY DIVISION
STATE OF CALIFORNIA

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
STEVEN BRIAN DAVIS, ESQ., SBN 86163
LAW OFFICES OF STEVEN BRIAN DAVIS
FOREMOST PROFESSIONAL PLAZA
12396 WORLD TRADE DRIVE, STE. 115
SAN DIEGO, CA 92128
TELEPHONE NO.: 858-451-1004    FAX NO.: 858-451-1005
ATTORNEY FOR (Name): SCOTT CASSELL

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 325 SOUTH MELROSE DRIVE
MAILING ADDRESS: SAME
CITY AND ZIP CODE: VISTA, CA 92081
BRANCH NAME: NORTH COUNTY BRANCH

CASE NAME: CASSELL VS. SURVIVAL SYSTEMS USA, INC.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 37-2008-00054392-CU-PO-NC |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): 1
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: May 12, 2008

STEVEN BRIAN DAVIS, ESQ., SBN 86163
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Legal<br>Solutions<br>Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS:     325 S. Melrose
MAILING ADDRESS:    325 S. Melrose
CITY AND ZIP CODE:  Vista, CA 92081
BRANCH NAME:        North County
TELEPHONE NUMBER:   (760) 806-6346

PLAINTIFF(S) / PETITIONER(S):     Scott Cassell

DEFENDANT(S) / RESPONDENT(S):  Survival Systems USA, Inc.

CASSELL VS. SURVIVAL SYSTEMS USA, INC.

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: 37-2008-00054392-CU-PO-NC |
|---|---|

Judge:  Jacqueline M. Stern                         Department: N-27

**COMPLAINT/PETITION FILED:** 05/15/2008

### CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

---

SDSC CIV-721 (Rev. 11-06)                    **NOTICE OF CASE ASSIGNMENT**                    Page: 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| STEVEN BRIAN DAVIS, ESQ.<br>LAW OFFICES OF STEVEN BRIAN DAVIS<br>12396 WORLD TRADE DRIVE<br>SUITE 115<br>SAN DIEGO, CA 92128<br>  TELEPHONE NO.: (858) 451-1004  FAX NO.: (858) 451-1005<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| | |
|---|---|
| ☐ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814<br>☐ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827<br>☐ FAMILY COURT, 1501 6TH AVE., SAN DIEGO, CA 92101-3296<br>☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105<br>☒ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941<br>☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649<br>☐ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792 | **F I L E D**<br>Clerk of the Superior Court<br><br>MAY 2 0 2008<br><br>By: P. GARCIA, Deputy |

| | |
|---|---|
| PLAINTIFF(S) SCOTT CASSELL | |
| DEFENDANT(S) SURVIVAL SYSTEMS USA, INC. | JUDGE: JACQUELINE M. STERN |
| IN THE MATTER OF<br><br>                                         A MINOR | DEPT: N-27 |
| **PEREMPTORY CHALLENGE**<br>**(CCP 170.6; Superior Court Rules, Division II, Rule 5.5)** | CASE NUMBER<br>37-2008-00054392-CU-PO-NC |

STEVEN BRIAN DAVIS _____, is ☐ a party ☒ an attorney for a party in the above-entitled case and declares that JACQUELINE M. STERN _____, the Judge to whom this case is assigned, is prejudiced against the party or the party's attorney or the interests of the party or the party's attorney such that the said party or parties believe(s) that a fair and impartial trial or hearing cannot be had before such Judge.

WHEREFORE, pursuant to the provisions of §170.6 of the California Code of Civil Procedure, I respectfully request that this Court issue its order reassigning said case to another, and different, Judge for further proceedings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

LAW OFFICES OF STEVEN BRIAN DAVIS

Dated: MAY 16, 2008 _____

_Steven Brian Davis_
(Signature)
STEVEN BRIAN DAVIS, ESQ.

**ORDER OF THE COURT**

☒ GRANTED   ☐ DENIED

This case is referred to Presiding/Supervising Department for reassignment and a Notice will be mailed to counsel.

Dated: 5/20/08 _____

_J Stern_

JACQUELINE M. STERN   Judge of the Superior Court

FOR OFFICE USE ONLY

This case has been reassigned to Judge _Thomas P. Nugent_ per Presiding/Supervising Judge ~~JOEL M. PRESSMAN~~ on MAY 2 0 2008

SC CIV-249 (Rev. 5-00)   **PEREMPTORY CHALLENGE**   SD-249

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>STREET ADDRESS:   325 S. Melrose<br>MAILING ADDRESS:   325 S. Melrose<br>CITY AND ZIP CODE:   Vista, CA 92081<br>BRANCH NAME:   North County<br>TELEPHONE NUMBER: (760) 806-6346 | *FOR COURT USE ONLY* |
| **PLAINTIFF(S) :**  Scott Cassell | |
| **DEFENDANT(S) :** Survival Systems USA, Inc. | |
| SCOTT CASSELL VS. SURVIVAL SYSTEMS USA, INC. | 05/22/2008 |
| **NOTICE OF CASE REASSIGNMENT** | **CASE NUMBER:**<br>37-2008-00054392-CU-PO-NC |

**Filed :**  05/15/2008

**EFFECTIVE IMMEDIATELY, THE ABOVE-ENTITLED CASE HAS BEEN REASSIGNED**

to Judge Thomas P. Nugent, in Department N-30

due to the following reason:  170.6

All subsequent documents filed in this case must include the name of the new judge and the department number on the first page immediately below the number of the case. All counsel and self-represented litigants are advised that Division II of the Superior Court Rules is strictly enforced. It is the duty of each plaintiff (and cross-complainant) to serve a copy of this notice with the complaint (and cross-complaint).

ANY NEW HEARINGS ON THIS CASE WILL BE SCHEDULED BEFORE THE NEW JUDICIAL OFFICER

**NOTICE OF CASE REASSIGNMENT**

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Scott Cassell | Survival Systems USA, Inc. FILED |

| (b) County of Residence of First Listed Plaintiff    San Diego | County of Residence of First Listed Defendant   08 MAY 30 PM 12: 41 |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known)   '08 CV  9 6 4  H  NLS |
|---|---|
| Steven Brian Davis, Law Offices of Steven Brian Davis, 12396 World Trade Drive, Ste 115, San Diego, CA 92128 858.451.1004 | Jeffrey D. Lewin/Cynthia A. Fissel, Sullivan Hill Lewin Rez & Engel, 550 West C St., Ste 1500, CA 92101 619.233.4100 |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☒ 195 Contract Product Liability | ☒ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332, 1441, 1446

Brief description of cause:
Personal injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $  1,850,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions:)   JUDGE                            DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 05/30/2008 | Cynthia A. Fissel |

**FOR OFFICE USE ONLY**

RECEIPT #  15130   AMOUNT  350.   APPLYING IFP          JUDGE          MAG. JUDGE

MS 5/30/08

CR

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 151390        — SR
* * C O P Y * *
May 30. 2008
12:40:59

**Civ Fil Non-Pris**
USAO #.: O8CV0964 CIV. FIL.
Judge..: MARILYN L HUFF
Amount.:                    $350.00 CK
Check#.: BC#48610

**Total—>   $350.00**

FROM: CASSELL V. SURVIVAL SYSTEMS
CIVIL FILING