```
 1  SULLIVAN, HILL, LEWIN, REZ & ENGEL
    A Professional Law Corporation
 2  Jeffrey D. Lewin, SBN 68202
    Cynthia A. Fissel, SBN 164153
 3  550 West "C" Street, Suite 1500
    San Diego, California 92101
 4  Telephone: (619) 233-4100
    Fax Number: (619) 231-4372
 5
    Attorneys for Defendant Survival Systems USA, Inc.
 6
```

FILED
08 MAY 30 PM 12:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

SCOTT CASSELL,

    Plaintiff,

v.

SURVIVAL SYSTEMS USA, INC., a Connecticut Corporation and DOES 1 - 20, Inclusive,

    Defendants.

Case No. '08 CV 964 H NLS

**PROOF OF SERVICE**

I am employed in the City and County of San Diego by the law firm of Sullivan Hill Lewin Rez & Engel, 550 West C Street, Suite 1500, San Diego, California 92101. I am over the age of 18 and not a party to this action.

On May 30, 2008, I served the attached document(s):

**NOTICE OF REMOVAL OF ACTION (DIVERSITY)**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except for facsimile transmission), addressed as shown below, for service as designated below:

A.   **BY U.S. MAIL.** I am readily familiar with Sullivan, Hill, Lewin, Rez & Engel's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

B. **BY FACSIMILE** machine pursuant to Rule 2008(e). The recipient's name and fax number that I used are as shown below. The facsimile machine that I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a transmission report was properly issued by the transmitting facsimile machine.

C. **OVERNITE EXPRESS.** I caused such envelopes to be deposited in the Overnite Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Overnite Express mailing. Under that practice it would be dropped in the drop box for the Overnite Express Service on that same day at San Diego, California in the ordinary course of business.

D. **FEDERAL EXPRESS.** I caused such envelopes to be deposited in the Federal Express Drop Box at San Diego, California.

I am personally and readily familiar with the business practice of this office for collection and processing correspondence for Federal Express mailing. Under that practice it would be dropped in the drop box for the Federal Express Service on that same day at San Diego, California in the ordinary course of business.

E. **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee.

| SERVICE | ADDRESSEE | PARTY |
|---|---|---|
| A | Steven Brian Davis<br>Law Offices of Steven Brian Davis<br>12396 World Trade Drive, Suite 115<br>San Diego, CA  92128<br>Telephone:  (858) 451-1004 | Plaintiff Scott Cassell |

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

Executed on May 30, 2008 at San Diego, California.

*Sandi C. Garcia*
Sandi C. Garcia

::ODMA\PCDOCS\PCDOCS\284643\2    2    Case No.

**PROOF OF SERVICE**