NUNC PRO TUNC

JUN 25 2008



1  LAW OFFICES OF STEVEN BRIAN DAVIS
   STEVEN BRIAN DAVIS, ESQ. - SBN # 86163
2  12396 WORLD TRADE DRIVE, SUITE 115
   SAN DIEGO, CA  92128
3  (858) 451-1004

4  Attorney(s) for Plaintiff

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT

| | |
|---|---|
| CASSELL | ) Case No.: 08CV964HNLS |
| Plaintiff(s) | ) |
| | ) Proof(s) of Service |
| vs. | ) |
| | ) |
| SURVIVAL SYSTEMS | ) |
| Defendant(s) | ) |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| LAW OFFICES OF STEVEN BRIAN DAVIS<br>STEVEN BRIAN DAVIS, ESQ. - SBN # 86163<br>12396 WORLD TRADE DRIVE, SUITE 115<br>SAN DIEGO, CA  92128 | (858) 451-1004 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>0P150162-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
880 FRONT STREET
SAN DIEGO, CA 92101

SHORT NAME OF CASE
CASSELL vs. SURVIVAL SYSTEMS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08CV964HNLS |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
NOTICE OF MOTION AND MOTION FOR REMAND OF ACTION TO STATE COURT;
PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
REMAND; DECLARATION OF STEVEN BRIAN DAVIS IN SUPPORT OF MOTION TO REMAND
CASE

Name of Attorney: JEFFREY D. LEWIN, ESQ.

Delivered to: KARA MALNEVITCH
Title: RECEPTIONIST

Date of Delivery: 06/23/08

Time of Delivery 03:00 pm

Address where left: 550 W. "C" ST., STE. 1500
SAN DIEGO, CA 92101                                    (Business)

Manner of Service:
Delivery to Law Office: Service was made by delivery to the Attorney's office; or by leaving
the document(s) with his/ her clerk therein; or with a person having charge thereof; or if
there was no such person in the office, by leaving them between the hours of nine in the
morning and five in the afternoon, in a conspicuous place in the office. (CCP 1011(a)), or
Service Upon a Party:  Service was made by leaving the notice or other paper at the party's
residence, between the hours of eight in the morning and six in the evening, with some
person of not less than 18 years of age (CCP 1011(b)).

Fee for service:    $ 79.90

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN DIEGO County,
Number: 1249

**ADVANCED ATTORNEY SERVICES, INC.**
3500 5th Avenue, #202, San Diego, CA 92103
(619)299-2012

308/0P150162-01

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed
on: June 24, 2008
at: SAN DIEGO, California.

Signature: _____
Name: MIKE LOPEZ
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER