1 | **STEVEN BRIAN DAVIS, ESQ., SBN 86163**
LAW OFFICES OF STEVEN BRIAN DAVIS
2 | Foremost Professional Plaza
12396 World Trade Drive, Suite 115
3 | San Diego, CA 92128

4 | 858-451-1004 Telephone
858-451-1005 Facsimile
5 | sbdesq@pacbell.net E-mail

6 | Attorney for Respondent,
**SCOTT CASSELL**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CASSELL, | Case No.: 08 CV 964 H NLS |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| SURVIVAL SYSTEMS USA, INC., a Connecticut Corporation, and Does 1 - 20, Inclusive, | |
| Defendants. | Hearing Date: 07/21/08
Time: 10:30 a.m.
Dept.: 13 |

I am the attorney of record for plaintiff with my office as above-referenced, am over the age of 18 and not a party to this action.

On July 7, 2008, I served the following documents: (1) Plaintiff's Memorandum of Points and Authorities in Opposition to Motion for Dismissal and Transfer; (2) Declaration of Scott Cassell, on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notified them: Jeffrey D. Lewin, Esq., Cynthia A. Fissel, Esq., Sullivan, Hill, Lewin, Rez & Engel, A Professional Law Corporation, 550 West "C" Street, Suite 1500, San Diego, CA 92101, 619-233-4100 telephone, 619-231-4372

**PROOF OF SERVICE**

U.S.D.C.S.D. NO. 08 CV 964 H NLS

1

1 | facsimile, fissel@shlaw.com, garcia@shlaw.com E-mails.
2 |     I declare under penalty of perjury that the foregoing is true and correct according to the
3 | laws of the State of California,
4 |     Executed on July 7, 2008 at San Diego, CA.

        s/Steven Brian Davis, Esq._____
        **STEVEN BRIAN DAVIS**
        E-mail: sbdesq@pacbell.net

**PROOF OF SERVICE**

U.S.D.C.S.D. NO. 08 CV 964 H NLS

2