

| | | |
|---|---|---|
| **CMECF@ctd.uscourts.gov** | To | InterdistrictTransfer_CASD@casd.uscourts.gov |
| 07/21/2008 08:39 AM | cc | |
| | bcc | |
| | Subject | Transferred case has been opened |

```
CASE: 3:08-cv-00964

DETAILS: Case transferred from California Southern
has been opened in United States District Court for the District of
Connecticut
as case 3:08-cv-01085, filed 07/21/2008.
```